**GULF ARAB MEDIA—ARAB AMERICAN FILM COMPANY, a California partnership, Plaintiff–Appellant,**

v.

**The FAISAL FOUNDATION, etc., et al., Defendants–Appellees.**

**No. 85–6570.**

United States Court of Appeals, Ninth Circuit.

Nov. 13, 1987.

Michael D. Fazio, Christopher Fairchild, Los Angeles, Cal., for plaintiff-appellant.

No counsel for appellee.

Before WALLACE, WIGGINS and KOZINSKI, Circuit Judges.

• ORDER AMENDING OPINION

The per curiam opinion filed in the above case on March 2, 1987, and reported at 811 F.2d 1260, is hereby amended as follows:

On page 1261, the following language is added at the end of the first sentence in head note [3]:

where the alleged acts occur wholly outside of the United States. *Cf.* 28 U.S.C. § 1605(a)(5) (authorizing certain tort claims); 28 U.S.C. § 1608 (discussing method for service of process for such "excepted" tort claims).